# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FLORENCE MADDOX, : CIVIL ACTION
:
    Plaintiff, :
:
v. :
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL SECURITY, : NO. 09-4783
    Defendant. :

## ORDER

AND NOW, this 21st day of October, 2010, upon consideration of the Plaintiff's Request for Review (Docket No. 5), Defendant's Response to the Request for Review (Docket No. 8), and Plaintiff's Reply (Docket No. 9), and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Docket No. 11), to which no objections were filed, it is ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Plaintiff's request for relief is GRANTED in part as described below;

3. The final decision of the Commissioner shall be REVERSED and the case shall be REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the Report and Recommendation;

4. In all other respects Plaintiff's request for relief is DENIED; and

5. The Clerk of Court shall mark this case CLOSED for all purposes, including

statistics.

BY THE COURT:


S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE